IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREAT CREATION SHIPPING, LTD. AND SINOTRANS SHIP MANAGEMENT LTD. | § § § | |
| Plaintiffs, | § § | |
| v. | § § | C.A. NO. 4:10-cv-01166 (Admiralty) |
| M/V ZOUZOU, *in rem*, her engines, tackle, apparel, etc., | § § | |
| Defendant. | § § | |

### **DORAN NAVIGATION, INC.'S RULE 26(a) INITIAL DISCLOSURES**

Claimant Doran Navigation, Inc. ("Doran") makes the following initial disclosures pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure:

(i)  The name, and if known, address and telephone numbers of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subject of the information:

**Captain Hong Zing Wu
Chief Engineer A Lu Luo
Chief Officer Jian Wen Zhang
Second Officer Jian Peng Wang
Duty A/B Ming Jie Quin
Duty A/B De Wen Yan
c/o Sinotrans Ship Management Limited
21st Floor, Great Eagle Centre
23 Harbour Road
Wan Chai, Hong Kong, China**

These officers and crew members of the m/v Great Creation have knowledge or information regarding that vessel's procedures, mooring arrangements, events during the stay at the Agrifos Terminal, and the events surrounding the alleged surging incident, as well as other liability and damages issues.

**Representatives of Sinotrans Ship Management Limited
21st Floor, Great Eagle Centre
23 Harbour Road
Wan Chai, Hong Kong, China**

**Sinotrans is the manager of the m/v Great Creation.** Its representatives should have knowledge and information regarding the training and qualifications of that vessel's crew members and practices and procedures carried out onboard.

**Grieg International II (Owner)**
**Grieg Shipping Group AS**
**Grieg – Gaarden**
**C. Sundts Gate 17-19,**
**5004 Bergen Norway**

These companies are, respectively, the owner and manager of the bulk carrier Str Kinn. This vessel passed by the m/v Great Creation's berth alongside the Agrifos Terminal at approximately 0220 hours on April 9, 2010.

**Brian Warman, Operations Manager**
**Fillette Green Shipping Services (USA) Corp.**
**12605 East Freeway, Suite 540**
**Houston, Texas  77015**
**Telephone: (713) 453-5895**

Local agent for m/v Great Creation. Mr. Warman provided warnings to the m/v Great Creation officers regarding history of mooring problems at the Agrifos Terminal and the need to pay extra attention to mooring lines while at that berth. Mr. Warman should also have knowledge and information regarding the ship's operations and events during that ship's stay at Agrifos.

**Great Creation Shipping Ltd.**
**21st Floor, Great Eagle Centre**
**23 Harbour Road**
**Wan Chi, Hong Kong, China**

This company is the owner of the m/v Great Creation.

**Lt. Scott Mercurio**
**Steven Stokeley**
**c/o U.S. Coast Guard**
**Sector Houston – Galveston**
**9640 Clinton Drive**
**Houston, TX 77029**

These Coast Guard representatives have been involved in investigations relevant to Plaintiffs' claims in this civil action.

**Doran Navigation Inc.**
**c/o International Marine Services S.A. (IMS SA)**

14 Skouze Street
185 36 Piraeus Greece

This company is the registered owner of the m/t ZouZou.

Capt. Kumar Sanjiv
Chief Engineer Ankush Manaji Daokhar
Second Officer Anand Sharad Kagal
Third Officer Manoj Gurnani
A/B Subhash Sharada Ranjan Dutta
c/o Navig 8 Ship Management Pte Ltd.
3, Temasek Avenue
No. 25-01 Centennial Tower
Singapore 03910
65-66220088

These officers and crew members of the m/t ZouZou have knowledge and information regarding that vessel's inbound passage in the Houston Ship Channel on April 9, 2010.

Eric W. Corgey
c/o James T. Brown
Legge Farrow, Kimmitt, McGrath & Brown, L.L.P.
6363 Woodway Drive, Suite 400
Houston, Texas 77057
Telephone: (713) 917-0888

Capt. Corgey was the Houston pilot at the conn of the m/t ZouZou during the inbound passage in the Houston Ship Channel on April 9, 2010.

Erich N. Engelbrecht
4518 Avery Hollow
League City, Texas
Telephone: (409) 795-7203

Mr. Engelbrecht was the Mate of m/t ZouZou's assist tug HADEN II on April 9, 2010.

Jason Shead
7732 Silver Lure Drive
Humble, Texas  77346
Telephone: (281) 883-2979

Mr. Shead was Mate of the m/t ZouZou's assist tug ROSEMARY on April 9, 2010.

**Capt. Stef Wozniak**
**Hamilton Marine Surveyors**
**119 Pine Shadows Drive**
**Seabrook, Texas 77586**
**Telephone: (281) 326-2178**

**Capt. Wozniak acted as the m/t ZouZou interests' marine surveyor.**

**Marc Fazioli**
**3D Marine USA, Inc.**
**12411 Donna Lane**
**Houston, Texas  77067**
**Telephone: (281) 444-9495**

**Mr. Fazioli reportedly acted as marine surveyor for the time charterer of m/t Great Creation.**

**Minas P. Manias**
**Seafarer Marine**
**14234 Heather Falls**
**Houston, Texas 77062**
**Telephone: (281) 488-3693**

**Mr. Manias acted as marine surveyor for the Agrifos Terminal.**

**G. P. Singh**
**Independent Maritime Consulting, Ltd.**
**1560 West Bay Area Blvd., Suite 270**
**Friendswood, Texas  77546**
**Telephone: (281) 480-4620**

**Mr. Singh acted as marine surveyor for the m/v Great Creation interests.**

**Plaintiffs will supplement as discovery continues.**

(ii) A copy - or a description by category and location - all documents, electronically sorted information and tangible things that the disclosing party has in its possession, custody or control of the party and may use to support its claims or defenses, unless the use would be solely for impeachment:

1. **Ship's Particulars;**
2. **Crewlist;**
3. **Master's credentials;**
4. **Deck Log Book;**
5. **Fathometer trace;**
6. **Engine Room Log Book;**

       7.     **Bell Book;**
       8.     **Bridge Bell Book;**
       9.     **Pilot Card;**
      10.    **Master/Pilot exchange;**
      11.    **Passage Plan;**
      12.    **Relevant Safety Management System information;**
      13.    **Certificate of Class;**
      14.    **IOPP Certificate;**
      15.    **Loadline Certificate;**
      16.    **Cargo Ship Safety Equipment Certificate;**
      17.    **Cargo Ship Safety Construction Certificate;**
      18.    **Cargo Ship Safety Radio Certificate;**
      19.    **International Tonnage Certificate;**
      20.    **Port Vision Data;**
      21.    **Surveyor's reports;**
      22.    **G&H Towing Reports/Statements;**
      23.    **Chart;**
      24.    **USCG VTS and Unsafe Mooring Log; and**
      25.    **Pilot's statement.**

          **These documents have already been provided to Plaintiffs' lawyer.**

    (iii)    A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:

          **Doran Navigation, Inc. is not presently seeking to recover money damages in this civil action.**

    (iv)    For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payment made to satisfy the judgment.

          **M/t ZouZou is entered for P&I risks with the North of England Protecting & Indemnity Association Limited.  A copy of the Club's rules is available for inspection and copying at the offices of the undersigned counsel for Doran at a mutually convenient time.**

Respectfully submitted,

By: _____*/s/ David R. Walker*_____
David R. Walker
Federal I.D. No. 2827
State Bar No. 20696800
Pennzoil Place, Suite 500
711 Louisiana Street
Houston, Texas  77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945

Attorney in Charge for Claimant
Doran Navigation Company

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP

## CERTIFICATE OF SERVICE

I the undersigned, do hereby certify that I forwarded a true and correct copy of the foregoing to the following counsel of record by electronic service, telefax, or certified mail return receipt requested on this 4th day of June, 2009:

William A. Durham, Esq.
Mary Holmesly
EASTHAM, WATSON, DALE & FORNEY, L.L.P.
20th Floor, The Niels Esperson Building
808 Travis
Houston, Texas 77002-5769
*Facsimile: (713) 225-2907*
*E-Mail:durham@easthamlaw.com*

_____*/s/ David R. Walker*_____
Of Royston, Rayzor, Vickery & Williams, L.L.P.

56711:7084305

- 6 -